## (December 22, 1960)

■ ROSE GLAZER, Respondent, v. ABRAHAM M. GLAZER, Appellant.— Motion by appellant for a stay granted to the extent of staying, pending appeal, enforcement of the order appealed from dated September 28, 1960, and motion otherwise denied, without prejudice to any subsequent motion by appellant for a stay, if so advised, in the event the pending motion for sequestration be decided adversely to him and in the event that he appeals from the order entered thereon. The present motion for a stay is granted on condition that appellant perfect the pending appeal and be ready to argue or submit it on January 13, 1961. The appeal is ordered on the calendar for that day. The record and appellant's brief must be served and filed on or before January 9, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MATILDA D. HUME, Appellant, v. MICHAEL A. C. HUME et al., Respondents.— Motion by appellant for a stay of execution of judgment, pending the appeal therefrom, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Motion by appellant to dispense with printing denied, with leave to renew on proper papers. Cross motion by respondent Michael A. C. Hume for reimbursement of expenses denied, without prejudice to such other proceedings as said respondent may be advised. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Estate of PHILIP GLASSER, Deceased. CELIA COHEN, Appellant; ELSIE GELLERS et al., Respondents.— Motion by respondents Gellers to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Accounting of SAMUEL FLASTERSTEIN et al., as Executors of ISIDOR FLASTERSTEIN, Deceased, Respondents. LEE M. T. FLASTERSTEIN, Appellant.— Motion by appellant to further extend time to perfect appeal granted, on condition that appellant perfect the appeal and be ready to argue. or submit it at the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 16, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of GEM CREDIT CORPORATION, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, Appellant.— Motion by petitioner-respondent granted to the extent of adjourning the appeal to the February Term, beginning January 30, 1961. The appeal is ordered on the calendar for said term. In all other respects the motion is denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of MICHAEL HOMCHAK, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to dispense with printing, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Probate of the Will of SIDNEY A. HORTON, Deceased. A. DOROTHY HORTON, as Administratrix of the Estate of EDWIN HORTON, Deceased, Appellant; LINCOLN G. SCHMIDT et al., as Executors of SIDNEY A. HORTON, Deceased, Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to